IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**DARRELL PARKS,**   :
       **Petitioner,**   :   **Civ. No. 1:14-cv-1269**
          :
**v.**   :
          :   **Judge Rambo**
**B. CHAMBERS,**   :
          :   **Magistrate Judge Schwab**
       **Respondent.**   :

# O R D E R

AND NOW, this 14th day of July, 2016, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation (doc 9) of the magistrate judge is **ADOPTED**;

2) The petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** to the petitioner filing an appropriate civil rights action;

3) The clerk of court shall close this file;

4) Any appeal from this order is deemed to be frivolous and without due cause.

                                                    s/Sylvia H. Rambo
                                                    SYLVIA H. RAMBO
                                                    United States District Judge

Dated: July 14, 2016